UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: | Administratively Consolidated in a Chapter 11 Bankruptcy |
| ERIAH FARMS, A Georgia General Partnership: | Case No. 02-10749-JTL |
| Debtor, | (Case Nos. 02-10749 & 02-10748) |
| and | |
| STEVEN M. HAIRE and WANDA B. HAIRE, | CHAPTER 11 |
| Debtors. | |

## NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT

S. Gregory Hays, Trustee herein, represents to the Court that certain creditors of the captioned Debtor were issued dividends on May 11, 2006 and reissued dividends on January 11, 2008. Pursuant to U.S.C. Section 347(a) and F.R.B.P. 3011, the Trustee is paying unclaimed dividends in the amount of $3,125.23 into the Registry of the United States Bankruptcy Court. The creditors whose dividends remain unclaimed are:

| CREDITOR | AMOUNT |
|---|---|
| USDA CCC<br>150 West Street<br>Colquitt, GA 39837 | $614.99 |
| Green Point Credit<br>PO Box 507<br>Memphis, TN 38101-0507 | $2,510.24 |

WHEREFORE, Movant prays that the Court accept into its Registry the estate's check in the amount of $3,125.23 as payment of all unclaimed dividends of the estate.

Dated: August 20, 2008.

_____
S. Gregory Hays
Chapter 11 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

> Office of the United States Trustee
> 433 Cherry Street, Suite 510
> Macon, GA 31201

I was not able to file the Notice electronically through the ECF system.

Dated: August 20, 2008

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 11 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060